IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv1117-MEF |
| ) | |
| HARLEY LAPPIN, *et al*. ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Petitioner has filed a petition seeking relief pursuant to 28 U.S.C. § 2241. However, he has not submitted the $5.00 filing fee, nor has he filed a motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

In light of the foregoing, it is

**ORDERED** that on or before January 11, 2008, Petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Montgomery Federal Prison Camp showing the balance in his prison account at the time of his filing this petition **or** the $5.00 filing fee.

To aid Petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis*

before this court.

    Done this 21st day of December, 2007.


                                   /s/Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE