```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002392
Cashier ID: khaynes
Transaction Date: 12/27/2007
Payer Name: ROY WILLIAMS
----------------------------------------
WRIT OF HABEAS CORPUS
 For: ROY WILLIAMS
 Case/Party: D-ALM-2-07-CV-001117-001
 Amount:         $5.00
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 6011687
 Amt Tendered:   $5.00
----------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00
```