| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Meligan B. K_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Mengan Baker  C. Date of Delivery 2-8-08<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Leura G. Canary<br>United States Attorney<br>131 Clayton Street<br>Montgomery, AL  36104 | 07cv1117 (& 4060)<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7007 2680 0003 1841 7077 |
| PS Form 3811, February 2004 | Domestic Return Receipt         102595-02-M-1540 |