IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WILLIAMS, | ) |
| Petitioner, | ) |
| v | ) Civil Action No. 2:07cv1117-MEF |
| HARLEY LAPPIN, *et al*. | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the Motion to Supplement filed by Respondents on February 27, 2008 (Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 29th day of February, 2008.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE