IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:07cv1117-MEF |
| | ) |
| HARLEY LAPPIN, *et al.* | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

On February 27, 2008 (Doc. No. 10), Respondents filed a response addressing the claims for relief presented in the instant 28 U.S.C. § 2241 habeas corpus petition. In this response, Respondents contend that the petition for habeas corpus relief is due to be denied because Petitioner is entitled to no relief on the claims presented therein. Specifically, Respondents argue, *intera alia*, that (a) Petitioner has not exhausted his administrative remedies regarding the issues raised in his petition; (b) Petitioner has been granted the appropriate amount of time in community confinement; (c) Petitioner has no liberty interest in where he is housed; (d) the Federal Bureau of Prisons' decisions regarding placement of prisoners are entirely discretionary; and (e) Petitoner's request for early release to home confinement is vague and unsupported.

Accordingly, it is

ORDERED that on or before March 21, 2008, Petitioner may file a reply to Respondents' response. Any documents or evidence filed after this date will not be considered by the court except in exceptional circumstances. At any time after the deadline

for filing a reply expires, the court will determine whether an evidentiary hearing is necessary. If it appears that an evidentiary hearing is not required, the court will dispose of the petition as justice requires. *Cf.* Rule 8(a), *Rules Governing Section 2254 Cases in the United States District Courts.*

Petitioner is instructed that when replying to Respondents' response, he may file sworn affidavits or other documents in support of his claims. Affidavits should set forth specific facts which demonstrate that Petitioner is entitled to relief on the grounds presented in the habeas corpus petition. If documents that have not previously been filed with the court are referred to in the affidavits, sworn or certified copies of those papers must be attached to the affidavits or served with them. When Petitioner attacks Respondents' response by use of affidavits or other documents, the court will, at the appropriate time, consider whether to expand the record to include such materials. *Cf.* Rule 7, *Rules Governing Section 2254 Cases in the United States District Courts*.

Petitioner is specifically cautioned that if he fails to file a reply to Respondents' response within the time allowed by the court, the court thereafter will proceed to consider the merits of the petition.

Done this 29th day of February, 2008.

      /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE