IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:07cv1117-MEF |
| | ) |
| HARLEY LAPPIN, *et al.* | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of Respondents' "Motion for Leave to File Documents" (Doc. No. 14; filed March 3, 2008), and for good cause shown, it is

ORDERED that the motion for leave to file documents (Doc. No. 14) be and is hereby GRANTED.

Done this 4th day of March, 2008.

          /s/Susan Russ Walker
          SUSAN RUSS WALKER
          UNITED STATES MAGISTRATE JUDGE