IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.: **2:07cv-1117-MEF** |
| ) | |
| HARLEY LAPPIN, Director, Federal ) | |
| Bureau of Prisons, and ) | |
| DARLENE DREW, Warden, ) | |
| FPC Montgomery, ) | |
| ) | |
| Respondents. ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COME NOW the Respondents, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ These parties are governmental entities, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported: None.

Dated this the 5th day of March, 2008.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Roy Williams, Reg. No. 17566-075
    Montgomery Federal Prison Camp
    Inmate Mail/Parcels
    Maxwell Air Force Base
    Montgomery, AL 36112

        s/R. Randolph Neeley
        Assistant United States Attorney