IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROY WILLIAMS, #17566-075, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:07-cv-1117-MEF |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

On July 3, 2008, the Magistrate Judge filed a Recommendation (Doc. #19) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the case is DISMISSED without prejudice to afford petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the BOP.

DONE this 31st day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE